IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Appellee, | )<br>)<br>) | |
| vs. | )<br>) | DOCKET NO. 21-6242 |
| LONNIE MALONE,<br>Appellant. | )<br>)<br>) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned counsel respectfully submits this motion for leave to withdraw as counsel for the Appellant, Lonnie Malone. The undersigned counsel has resigned from the Federal Public Defender's office, effective September 6, 2021, due to her election to the Virginia Court of Appeals. Arin Brenner has noticed her appearance of counsel in this matter and will represent Mr. Malone going forward.

The undersigned counsel asks this Court to find that these circumstances warrant the granting of this motion for leave to withdraw as counsel for Mr. Malone.

Respectfully submitted,

/s/ Lisa M. Lorish
Lisa M. Lorish (VSV No. 81465)
Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market St., Ste. 106
Charlottesville, VA 22902
Tel. (434) 220-3380

## CERTIFICATE OF SERVICE

I certify that on this September 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record. I have also sent a copy of this motion to the Appellant by United States Postal Service.

/s/ Lisa M. Lorish